FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DRUSCILLA BRUMFIELD; C.L.B., a minor child; and C.N.B., a minor child,<br><br>                Plaintiffs,<br><br>  v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurer,<br><br>                Defendant. | NO. 2:23-CV-0341-TOR<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO REMAND |

BEFORE THE COURT is Plaintiffs' Second Motion to Remand. ECF No. 10. The matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Plaintiff's Second Motion to Remand (ECF No. 10) is granted.

//

//

## BACKGROUND

The Parties have now come to an agreement that Plaintiffs' total combined damages in this matter do not exceed $75,000. ECF No. 11. "This amount includes recovery for all damages that Plaintiffs have asserted, could have asserted, or will assert in this action, including but not limited to, damage or injury claims of Breach of Contract, Breach of Duty of Good Faith, Violation of Insurance Fair Conduct Act, and Violation of Consumer Protection Act, tort claims, and any claim for costs or attorney fees under *Olympic Steamship v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991) and attorney fees or costs and exemplary damages under any other Washington law." *See* ECF No. 11 for the full stipulation.

The Parties agree that this case be remanded to Spokane County Superior Court because the total amount in controversy does not exceed the $75,000 threshold necessary to satisfy the federal jurisdictional requirements.

//

//

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiffs' Second Motion to Remand (ECF No. 10) is **GRANTED**.
2. This case is hereby **REMANDED** to the Spokane County Superior Court for all further proceedings (former Spokane County Superior Court No. 23-2-04226-32).

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND ~ 2

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, mail a certified copy to the Clerk of the Spokane County Superior Court, and **CLOSE** the file.

DATED May 17, 2024.



THOMAS O. RICE
United States District Judge